IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TIMOTHY MERSON**                                                                               **PLAINTIFF**

**VS.**                                                              **CIVIL ACTION NO. 1:25-CV-352-LG-RPM**

**CELLULAR SOUTH, INC.**                                           **DEFENDANT**

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Cellular South Inc., dba C Spire, discloses that it is a Mississippi corporation, that its shares are not publicly traded, and that no publicly held company owns 10% or more of its stock.

Respectfully submitted, this the 23rd day of January, 2026.

                                         CELLULAR SOUTH, INC., d/b/a C SPIRE

BY:     */s R. Pepper Crutcher, Jr.*
            R. Pepper Crutcher, Jr. (MS Bar No. 7921)
            Anne Harlan Latino (MS Bar No. 102807)
            BALCH & BINGHAM LLP
            188 E. Capitol Street, Suite 1400
            Jackson, MS 39201
            Telephone: (601) 961-9900
            Facsimile: (601) 961-4466
            E-mail: pcrutcher@balch.com
            E-mail: alatino@balch.com

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically on this the 23rd day of January, 2026:

Louis H. Watson, Jr.
Jane Watson
The Watson Law Firm, PLLC
1501 Jackson Avenue W, Ste 113 PMB 101
Oxford, MS 38655
Telephone: (601) 968-0000
Facsimile:  (601) 968-0010
Email: louis@watsonnorris.com
Email: jane@watsonnorris.com

                */s R. Pepper Crutcher, Jr.*
                R. Pepper Crutcher, Jr.

25544465.1