**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**TIMOTHY MERSON**                                                          **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO. 1:25-CV-352-LG-RPM**

**CELLULAR SOUTH, INC.**                                                   **DEFENDANT**

**NOTICE OF APPEARANCE**

COMES NOW, Anne Harlan Latino, and hereby enters her appearance as counsel of record

for Defendant Cellular South, Inc. d/b/a C Spire.

All future e-filings, pleading and correspondence should include Anne Harlan Latino at the

address noted below.

> Anne Harlan Latino, Esq.
> BALCH & BINGHAM LLP
> 188 East Capitol Street, Suite 1400
> Jackson, Mississippi 39201
> Email: alatino@balch.com

Respectfully submitted, this the 23rd day of January, 2026.

CELLULAR SOUTH, INC., d/b/a C SPIRE

BY:    */s Anne Harlan Latino.*
       R. Pepper Crutcher, Jr. (MS Bar No. 7921)
       Anne Harlan Latino (MS Bar No. 102807)
       BALCH & BINGHAM LLP
       188 E. Capitol Street, Suite 1400
       Jackson, MS 39201
       Telephone: (601) 961-9900
       Facsimile: (601) 961-4466
       E-mail:  pcrutcher@balch.com
       E-mail: alatino@balch.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically on this the 23rd day of January, 2026:

> Louis H. Watson, Jr.
> Jane Watson
> The Watson Law Firm, PLLC
> 1501 Jackson Avenue W, Ste 113 PMB 101
> Oxford, MS 38655
> Telephone: (601) 968-0000
> Facsimile:  (601) 968-0010
> Email: louis@watsonnorris.com
> Email: jane@watsonnorris.com

*/s Anne Harlan Latino.*
Anne Harlan Latino

25544505.1